STATE

v.

The BIONOMIC CHURCH OF RHODE ISLAND.

No. 78–443–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

Aram K. Berberian, Warwick, for defendant.

### ORDER

In light of the state's stipulation, the defendant's conviction is hereby vacated and the papers herein are remanded to the Superior Court.

BEVILACQUA, C. J., and DORIS, J., did not participate.